■ In the Matter of HIN Y. LIMTUNG, Petitioner, KEVIN J. KERRIGAN, Respondent. [4 NYS3d 919]—Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to prohibit Kevin J. Kerrigan, a Justice of the Supreme Court,

Queens County, from holding a hearing on the issue of sanctions in an action entitled *Wells Fargo Bank, N.A. v Limtung*, pending in the Supreme Court, Queens County, under index No. 19442/07.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]). The petitioner failed to establish a clear legal right to relief in the nature of prohibition. Rivera, J.P., Sgroi, Cohen and Duffy, JJ., concur.